UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

DAVID W. TAYLOR, )
)
v. ) No. 1:10-cv-240
) *Chief Judge Curtis L. Collier*
WILLIAM A. SHERROD, WARDEN )

**MEMORANDUM**

Petitioner David W. Taylor ("Petitioner") has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Court File No. 1). Petitioner claims his restitution order, which was issued in his federal criminal case, expired on August 11, 1998, but the Bureau of Prisons continued to collect money from his prison industry job, and paid it to FDIC, when the actual victim was Cherokee Valley Bank.

Petitioner filed his § 2241 petition without the $5.00 filing fee or an affidavit of indigency. Therefore, on August 26, 2010, the Court directed the Clerk to send Petitioner an *in forma pauperis* application and a Prisoner Account Statement Certificate, and ordered Petitioner to pay the fill filing fee or to submit the necessary documents to enable the Court to determine whether Petitioner qualified for pauper status (Court File No. 2). Petitioner was notified that failure to comply with the Court's order within thirty (30) days of the date of the Order would result in the automatic dismissal of this action (Court File No. 2, p. 1, ¶ 3).

Petitioner has failed to pay the full filing fee, file an *in forma pauperis* application and Prisoner Account Statement Certificate, or file any type of response to the Court's order. Therefore,

this action will be **DISMISSED** *sua sponte* for failure to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**